Yonkers-Garden City Realty Company, Appellant, v. Jackson Bros. Realty Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Albert Yuengling, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Burr, Thomas, Rich and Stapleton, JJ., concurred; Jenks, P. J., voted for reversal on the ground that the evidence is not sufficient to charge the defendant, a municipal corporation, with constructive notice, in view of the testimony adduced by the plaintiff, particularly at folios 55 and 162.

Harold A. Andrewes, Appellant, v. Albert Haas and Another, Copartners, etc., Respondents.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Mary E. Beebe, Respondent, v. Johnston MacLeod and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Marie Dobbs, Respondent, v. Interborough Rapid Transit Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Druss Realty Company, Appellant, v. Edward Taunay, Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Edison Electric Illuminating Company of Brooklyn, Plaintiff, v. Horace E. Frick Company and Others, Appellants and Respondents.— Motion to resettle order granted. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

John Faigle, Respondent, v. Henry Bockroth and Another, Appellants. — Motion for leave to appeal to the Court of Appeals granted, in view of the question presented by the refusal of the request to charge appearing at folios 232 and 233 of the printed record on appeal. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

First National Bank of Detroit, Michigan, Appellant, v. Harry B. Hollins and Others, Respondents.— Motion granted and order resettled so as to provide that defendant Govin may have ten days from the date of entry thereof in which to serve his answer. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Frank Fitzgibbon, Appellant, v. The Erie Railroad Company, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect his appeal, place the case on the calendar for the March term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

In the Matter of the Application of Helen D. Burnett for the Payment of an Award on Damage Parcel No. 2 in the Van Alst Avenue School Site Proceeding, etc.— Motion to confirm report of referee granted. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

In the Matter of the Application of the Public Service Commission for the First District, etc. Gravesend Avenue Route (Route 49).— Motion